PEOPLE ex rel. MORRIS v. PARTRIDGE. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Proceeding by the people, on the relation of Thomas F. Morris, against John N. Partridge, as commissioner, etc. T. McIlvaine, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MURPHY, Respondent, v. MAXWELL, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Proceeding by the people, on the relation of Kate M. Murphy, against William H. Maxwell, as city superintendent of schools, etc. No opinion. Motion for leave to appeal to the Court of Appeals granted, questions certified, and order signed.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. MILLER, State Comptroller. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Proceeding by the people, upon the relation of the New York Central & Hudson River Railroad Company, against Nathan L. Miller, as comptroller of the state of New York. No opinion. Determination of the comptroller affirmed, with $50 costs and disbursements.

PEOPLE ex rel. STEEVES v. LEONARD et al., Com'rs. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Certiorari by the people, on the relation of John F. Steeves, against William D. Leonard and others, commissioners, to review a decision of the commissioners. Writ dismissed. Charles S. Davidson, for relator. Robert C. Beatty, for respondents.

PER CURIAM. For the reasons stated in the opinion in People ex rel. Belmont v. Leonard (herewith handed down) 84 N. Y. Supp. 341, the writ should be dismissed, with $50 costs and disbursements.

PEOPLE ex rel. TORMEY v. FOLKS, Com'r. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Proceeding by the people, on the relation of Ambrose F. Tormey, against H. Folks, as commissioner, etc. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

PETTIT, Respondent, v. TITTEMORE, Appellant. (Supreme Court, Appellate Division, Third Department. November 11, 1903.) Action by Frances Pettit against James P. Tittemore.

PER CURIAM. Judgment and order affirmed, with costs.

PARKER, P. J., and HOUGHTON, J., dissent.

In re PFARR'S ESTATE. (Supreme Court, Appellate Division, Second Department. No-

vember 25, 1903.) In the matter of the estate of Joseph Pfarr, deceased.

PER CURIAM. Upon consideration of the additional testimony taken in this matter, an order will now be made reversing the decree of the Surrogate's Court, and that order will recite a finding of fact by this court to the effect that Louis Pfarr is the legitimate son of Joseph Pfarr. See Code Civ. Proc. § 2586.

PFEIFER, Respondent, v. WILSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 27, 1903.) Action by Christian Pfeifer against Albert Wilson.

PER CURIAM. Judgment affirmed, with costs.

STOVER, J., not voting.

PIANKO, Appellant, v. BINDSEIL et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1903.) Action by Mendel Pianko against Herman Bindseil and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

In re PIERCE. (Supreme Court, Appellate Division, Fourth Department. November 24, 1903.) In the matter of the application of Samuel C. Pierce for a writ of mandamus. No opinion. Order affirmed, with costs.

PLENTY et al., Appellants, v. COBIN, Respondent. (Supreme Court, Appellate Division, First Department. October 23, 1903.) Action by Josephus Plenty and others against Israel J. Cobin. S. J. Cowen, for appellants. H. J. Morris, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

POLAND, Respondent, v. UNITED TRACTION CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 1, 1903.) Action by Eliza Poland against the United Traction Company. No opinion. Motion granted.

POLLACK, Respondent, v. RUTH, Appellant. (Supreme Court, Appellate Division, First Department. November 13, 1903.) Action by David Pollack against Abraham Ruth. No opinion. Motion denied, upon payment of $10 costs, and appellant allowed, upon payment of an additional $10 costs, to move for leave to open default in the court below.

POPKIN, Appellant, v. MILES, Respondent. (Supreme Court, Appellate Division, Second Department. November 13, 1903.) Action by Barnet Popkin against Henry Miles. No opinion. Judgment of the Municipal Court affirmed, with costs.